# Court of Appeals
# of the State of Georgia

ATLANTA,  May 17, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1415. HUBBARD LEE COTTON v. THE STATE.
## A23A1416. HUBBARD LEE COTTON v. THE STATE.

Hubbard Lee Cotton pled guilty to three counts of burglary in an indictment and to one count of burglary in an accusation. In 2010, the trial court imposed one sentence based on the indictment and one sentence based on the accusation. In 2022, Cotton filed a motion to set aside both sentences on the basis that they were void. On February 14, 2023, the trial court issued an order denying the motion, and on March 23, 2023, Cotton filed these two appeals.

Pretermitting whether the trial court's order is directly appealable, we lack jurisdiction because these appeals are untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Cotton filed these appeals 37 days after entry of the trial court's order. Accordingly, these appeals are untimely and are hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/17/2023*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*